Tayjes M. Shah, ESQUIRE
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Phone (540) 672-4224
Fax (610) 940-0284
NJ Bar ID 01750-2009

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS BOTTEON and<br>CATHERINE CRANDELL<br><br>      Plaintiffs,<br>v.<br><br>ZIMMER HOLDINGS, INC. and<br>ZIMMER, INC.,<br><br>      Defendants. | Case 2:11-cv-04735-SDW-MCA<br><br>MDL No. 2158<br><br>Notice of Voluntary Dismissal |

### Notice of Voluntary Dismissal

Plaintiffs **DENNIS BOTTEON and CATHERINE CRANDELL** hereby voluntarily dismisses without prejudice all counts of Plaintiffs' Complaint.

For the purposes of this dismissal to date, Defendant has not answered or otherwise appeared.

THE MILLER FIRM, LLC

BY: /s/ *Tayjes Shah*

Tayjes M. Shah, ESQUIRE
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Phone (540) 672-4224
Fax (540) 672-3055
*Attorneys for Plaintiffs*

Dated: 10/13/11

So Ordered this 14th day of October 2011

Susan D. Wigenton, U.S.D.J.